### In re: AIR CRASH AT MADRID, SPAIN, ON AUGUST 20, 2008.

### MDL No. 2135.

United States Judicial Panel on Multidistrict Litigation.

Feb. 12, 2010.

Before ROBERT L. MILLER, JR., Acting Chairman, JOHN G. HEYBURN II, Chairman,* KATHRYN H. VRATIL, DAVID R. HANSEN,* W. ROYAL FURGESON, JR., FRANK C. DAMRELL, JR. and DAVID G. TRAGER, Judges of the Panel.

### TRANSFER ORDER

ROBERT L. MILLER, JR., Acting Chairman.

**Before the entire Panel ***: Defendants in this litigation—The Boeing Co., McDonnell Douglas Corp. (McDonnell Douglas), Esterline Technologies Corp., Leach International, Inc., Honeywell International Inc., Eaton Corp., and Ametek Inc.—move, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial pro-

---

* Judges Heyburn and Hansen took no part in     the decision of this matter.

ceedings of the 44 actions listed on Schedule A in the Central District of California. The defendants' motion encompasses 41 actions in the Middle District of Florida, which are consolidated into one action, two actions in the Northern District of Illinois and one action in the Central District of California.

Plaintiffs in the two Northern District of Illinois actions, the Central District of California action, and one of the consolidated Middle District of Florida actions support the motion. Plaintiffs in the remaining Middle District of Florida actions did not respond to the motion.

After considering the argument of counsel, we find that these 44 actions involve common questions of fact, and that centralization under Section 1407 in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the cause or causes of the crash of a McDonnell Douglas model MD–82 aircraft operated by Spanair as Flight JK 5022 on August 20, 2008; the flight crashed after takeoff from Madrid Barajas International Airport in Madrid, Spain. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The Central District of California stands out as an appropriate transferee district. Moving defendants and all responding plaintiffs support centralization in this district, and the presence of some defendants in the Central District of California provides a connection to the actions. Centralization in this district also permits the Panel to effect the Section 1407 assignment to an experienced transferee judge who has not recently received such an assignment and who can steer this litigation on an expeditious course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Gary Feess for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

## SCHEDULE A

MDL No. 2135 — **IN RE: AIR CRASH AT MADRID, SPAIN, ON AUGUST 20, 2008**

*Central District of California*

*Kim Ivonne Tate Perez, et al. v. The Boeing Co., et al.,* C.A. No. 2:09–7285

*Middle District of Florida*

*Maria Del Carmen Hernandez, et al. v. McDonnel Douglas Corp., et al.,* C.A. No. 8:09–1553

*Leandro Ortega Pena v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1641

*Angeles Carpintero Ruiz, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1642

*Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1643

*Gloria Ester Diepa Martin, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1644

*Higinio Ibanez Fraca, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1645

*Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1646

*Shirley Mani, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1647

*Vicenta Guerreo, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1648

*Josefa Ortiz Perea, etc v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1649

*Carmelo Alvardo Castro, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1650

*Juan Diepa Hernanda, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1651

*Maria Dolores Florez Rodriguez, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1655

*Sonia Maria Castillo Martinez, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1656

*Daniel Estevez Ruiz, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1657

*Maria Loreto Gonzalez Cabanas, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1658

*Zaida Rodriguez Ramirez, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1659

*Juan de Dios Font Marin, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1661

*Jose Jesus Placeres Perez, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1662

*Maximo Diaz Delgado, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1663

*Maria Candelaria Perez Mateo, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1664

*Tereza Suarez Quebedo, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1665

*Rafael Moreno Perez, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1666

*Maria Estrella Cigala Marrero, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1667

*Maria De La Paz Soto Lloves Concepcion, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1668

*Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1669

*Maria Estrella Cigala Marrero, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1670

*Yolanda Villanueva Martin, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1671

*Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1673

*Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1680

*Manfred Mrotzek, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1683

*Eugenio Nunez Pavillard, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1684

*Angel Francisco Santa Castillo, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1685

*Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1687

*Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1689

*Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1690

*Yolanda Villanueva Martin, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1691

*Maria Jesus Melian Perez, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1692

*Irina Hult, etc. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1693

*Johan L. Rondonuwu, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1694

*Anna Maria Sanchez Diez, et al. v. McDonnell Douglas Corp., et al.,* C.A. No. 8:09–1707

*Northern District of Illinois*

*Elena Celia Fortaner, et al. v. The Boeing Co., et al.,* C.A. No. 1:09–5808

*Antonio Garcia Martin, etc. v. The Boeing Co., et al.,* C.A. No. 1:09–5810